IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE: MOTION PRESENTED BY THE     *    CIVIL ACTION NO. JKB-16-3029
AMERICAN CIVIL LIBERTIES UNION

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now pending before the Court is a MOTION filed by the American Civil Liberties Union ("ACLU") (ECF No. 1). In the MOTION, the ACLU asserts that they have standing to be heard in the context and circumstances they allege.

As the docket currently stands, there is no party listed as a defendant. However, a reasonable interpretation of the MOTION gives rise to the conclusion that the United States Government may have an interest in this matter and, accordingly, they will be invited to participate in this proceeding. On or before October 15, 2016, the Government shall file a response to the MOTION, accompanied by a memorandum, and at a minimum the Government shall address the question of the standing of the ACLU to proceed in the manner they propose. The Government is free to address other topics as they deem appropriate. The ACLU shall file any reply on or before October 25, 2016.

The Court will hear oral argument from the ACLU and the Government at a hearing on Friday, October 28, 2016, at 11:30 a.m. Portions of that hearing may or may not be conducted *ex parte*, *in camera*, and under seal.

The Clerk shall provide a copy of this ORDER to Rod Rosenstein, U.S. Attorney for the District of Maryland. Counsel for the Government shall enter their appearance forthwith.

DATED this \_\_21\_\_ day of September, 2016.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge