**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE SEALED DOCKET SHEET ASSOCIATED WITH MALWARE WARRANT ISSUED ON JULY 22, 2013 | Case No. JKB-16-3029 |

## GOVERNMENT'S RESPONSE TO MOTION TO UNSEAL DOCKET SHEET

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland; and Kristi O'Malley, Assistant United States Attorney, respectfully requests that the Court deny as moot the Motion to Unseal Court Docket Sheet filed by the American Civil Liberties Union ("ACLU") on August 29, 2016 (ECF No. 1).

Between October 31, 2016 and November 2, 2016, docket sheets relevant to the ACLU's motion have been unsealed in case numbers 13-mj-1744, 13-mj-1745, and 13-mj-1746. Additionally, redacted versions of search warrants, applications for search warrants, search warrant affidavits, and search warrant returns have been filed and are publicly accessible in each case.

Because the docket sheets are no longer under seal, the government respectfully requests that the Court deny as moot the ACLU's motion to unseal.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

/s/ *Kristi O'Malley*

Kristi O'Malley
Assistant United States Attorney