IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| IN RE: SEALED DOCKET SHEET | * | CIVIL ACTION NO. JKB-16-3029 |
| ASSOCIATED WITH MALWARE |  |  |
| WARRANT ISSUED ON JULY 22, 2013 | * |  |

* * * * * * * * * * * *

## ORDER

Now pending before the Court is the Plaintiffs' MOTION TO UNSEAL COURT DOCKET SHEET (ECF No. 1). On November 4, 2016, the Government filed their response contending that the Motion is now MOOT. The Plaintiffs have not responded to this contention of mootness, and from the record it appears that the Government is correct.

Accordingly, the Court now finds that this matter is MOOT. It is DISMISSED. The Clerk is directed to CLOSE THIS CASE.

DATED this 28th day of November, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge